**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL NO. 3:01CR85 & 3:04CR4**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| ) | |
| **TORAINE ANTON LEE** ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the sentencing hearing from the January 30, 2006, calendar in Statesville.

The Defendant was convicted after a jury trial in September 2005 on similar charges as those pending in the captioned cases. ***See generally*, Criminal No. 5:05CR210.** The latest case was reassigned to the undersigned on January 19, 2006, and a revised presentence report incorporating all three cases was mailed to counsel on January 23, 2006. Because the disclosure period and time for objections will not have expired before the current sentencing date, the case will be continued from the January 30 2006, calendar.

**IT IS, THEREFORE, ORDERED** that this case is continued from the January 30, 2006, sentencing calendar.

Signed: January 24, 2006

Lacy H. Thornburg
United States District Judge